1048

No. 76–5549. SKINNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5555. GONZALEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5564. FARMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5567. TIMMONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5592. CORREA-NEGRON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5597. BENNETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5608. McDONNELL v. PARRATT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 76–5609. CORLEY v. CARDWELL, PRISON SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 76–5610. FREEMAN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 76–5621. BYRD v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–5624. COOPER ET AL. v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 76–5625. TYNER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 76–5634. HINTON v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–5639. MAHONE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.